SEAN CUNNINGHAM, Bar No. 174931
sean.cunningham@us.dlapiper.com
RICHARD MULLOY, Bar No. 199278
richard.mulloy@us.dlapiper.com
ROBERT WILLIAMS, Bar No. 246990
robert.williams@us.dlapiper.com
PETER MAGGIORE, Bar No. 292534
peter.maggiore@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Dr, Suite 1100
San Diego, California 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 3:23-cv-01187-TWR-BJC<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO STAY**<br><br>Date: September 19, 2024<br>Time: 1:30 pm<br>Courtroom: 14A, 14th Floor<br>Judge: Hon. Todd W. Robinson<br>Mag Judge: Hon. Benjamin J. Cheeks |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on September 19, 2024 at 1:30 pm, or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Todd W. Robinson of the above-titled Court, located at the James M. Carter and Judith N. Keep Courthouse, 333 W. Broadway, San Diego, CA 92101, Defendant Apple Inc. ("Apple") will and hereby does move this Court for an order to stay the litigation until Patent Office proceedings challenging the validity of the asserted patents via *inter partes* review ("IPR") are complete.  Pursuant to Section III.A.1 of this Court's Standing Order for Civil Cases, counsel for Apple and Smith met and conferred in good faith to attempt to resolve this issue and Smith confirmed it opposes this motion.

Apple's motion is made pursuant to this Court's inherent discretion to manage its docket, the early stage of this litigation, the simplification of the disputed issues in this litigation via completion of the IPR process, and the lack of any undue prejudice or tactical disadvantage to Plaintiff and is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Peter Maggiore filed and served herewith, any reply papers submitted in support of this motion, the complete records and files of this action, and any argument or additional evidence permitted by the Court.

Dated:  August 1, 2024    **DLA PIPER LLP (US)**

By: /s/ *Richard Mulloy*
Sean Cunningham
Richard Mulloy
Robert Williams
Peter Maggiore
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel:  (858) 677-1400
Fax:  (858) 677-1401


| | |
|---|---|
| 1 | Brent K. Yamashita |
| 2 | Peiyao Zhang |
|   | **DLA Piper LLP (US)** |
| 3 | 2000 University Avenue |
| 4 | East Palo Alto, CA 94303-2214 |
|   | Tel:  (650) 833-2000 |
| 5 | Fax:  (650) 833-2001 |
| 6 | |
|   | Jessica Hannah |
| 7 | **DLA Piper LLP (US)** |
| 8 | 555 Mission Street, Suite 2400 |
|   | San Francisco, CA 94105 |
| 9 | Tel:  (415) 836-2500 |
| 10 | Fax:  (415) 836-2501 |
| 11 | |
|   | Zachary Loney (*pro hac vice*) |
| 12 | **DLA Piper LLP (US)** |
| 13 | 401 Congress Avenue, Suite 2500 |
|    | Austin, TX 78701 |
| 14 | Tel:  (512) 457-7000 |
|    | Fax:  (512) 457-7001 |
| 15 | |
| 16 | Attorneys for Defendant |
|    | APPLE INC. |