SEAN CUNNINGHAM, Bar No. 174931
sean.cunningham@us.dlapiper.com
RICHARD MULLOY, Bar No. 199278
richard.mulloy@us.dlapiper.com
ROBERT WILLIAMS, Bar No. 246990
robert.williams@us.dlapiper.com
PETER MAGGIORE, Bar No. 292534
peter.maggiore@us.dlapiper.com
DLA PIPER LLP (US)
4365 Executive Dr, Suite 1100
San Diego, California 92121-2133
Telephone: 858.677.1400
Facsimile: 858.677.1401

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 3:23-cv-01187-TWR-DTF<br><br>**DECLARATION OF RICHARD MULLOY IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: October 16, 2025<br>Time: 1:30 pm<br>Courtroom: 14A, 14th Floor<br>Judge: Hon. Todd W. Robinson<br>Mag Judge: Hon. D. Thomas Ferraro |

1       I, Richard Mulloy, declare:

2       1.     I am a partner at the law firm of DLA Piper LLP (US), attorneys of record for Defendant Apple Inc. ("Apple"). If called as a witness, I could and would testify competently to the facts set forth in this declaration.

      2.     Attached as Exhibit A is an annotated copy of U.S. Patent No. 10,345,961 (the "'961 patent"). The highlighted portions in Exhibit A identify the new matter added to the '961 patent, when comparing the '961 patent to the application of its parent patent, U.S. Application No. 15/072,354, to which the '961 patent claims priority.

      3.     Attached as Exhibit B is an annotated copy of U.S. Patent No. 10,656,754 (the "'754 patent"). The highlighted portions in Exhibit B identify the new matter added to the '754 patent, when comparing the '754 patent to the application of its parent patent, U.S. Application No. 15/072,354, to which the '754 patent claims priority.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on August 28, 2025, at San Diego, California.

                                            /s/ Richard Mulloy

## TABLE OF CONTENTS

## EXHIBITS

| Exhibit | Description | Page(s) |
|---|---|---|
| Exhibit A | Highlighted copy of U.S. Patent No. 10,345,961 | 2-99 |
| Exhibit B | Highlighted copy of U.S. Patent No. 10,656,754 | 100-206 |