UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-cv-1187-TWR-DTF<br><br>**SCHEDULING ORDER AMENDING CASE MANAGEMENT ORDER** |

　　　Before the Court is the Parties' Joint Motion to Amend Case Management Order. (Doc. No. 178.) The Parties request a short extension of the fact discovery cut-off date and the expert disclosure deadline. Good cause appearing, the Joint Motion (Doc. No. 178), is **GRANTED**.

　　　IT IS HEREBY **ORDERED** that the cut-off date for the Parties to complete fact discovery is extended up to and including **October 29, 2025**. Additionally, the deadline for the Parties to deadline to serve all expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) is extended up to and including **November 5, 2025**.

///

///

///

1

All other guidelines, deadlines, and requirements remain as previously set. *See* Doc. No. 144.

**IT IS SO ORDERED.**

Dated: September 5, 2025

Hon. D. Thomas Ferraro
United States Magistrate Judge