UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH INTERFACE TECHNOLOGIES, LLC,<br><br>                                   Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                                  Defendant. | Case No.: 23-CV-1187 TWR (BJW)<br><br>**ORDER GRANTING PLAINTIFF SMITH INTERFACE TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(ECF Nos. 241, 242) |

Presently before the Court is Plaintiff Smith Interface Technologies, LLC's ("Smith Interface's") Motion to File Under Seal Portions of Smith Interface's Motion for Summary Judgment and to Exclude Expert Testimony ("Mot. to Seal," ECF No. 241), as well as Defendant Apple Inc.'s ("Apple's") Supplemental Brief in Support of Smith Interface's Motion ("Suppl. Brief," ECF No. 242). Smith Interface contends compelling reasons to exist to file under seal portions of its Motion and accompanying Exhibits 1–7, 14–21, 23–24, and 71–73 because they "contain trade secrets and Apple's confidential business information." (Mot. to Seal at 4.) Specifically, "Exhibits 1–5, 16, and 71–72 are excerpts of expert reports served in this case, portions of which describe Apple's proprietary technology, based on deposition testimony from Apple's engineers that Apple has designated as containing its confidential information[;]" "Exhibits 6, 14, and 25 are

1

Apple's responses to requests for admission and interrogatories served by Smith Interface that Apple has designated as containing Apple's confidential information[;]" "Exhibits 7 and 73 are letters from counsel for the parties to the Honorable Brian J. White regarding the service of supplemental expert reports that reference Apple's source code[;]" "Exhibits 17–21 are excerpts from deposition transcripts of the depositions of Apple's 30(b)(6) witnesses in this case that involve discussion of Apple's proprietary technology (in the case of Exhibits 18–21), or Apple's confidential financial statements and marketing strategy (in the case of Exhibit 17)[,]" each of which has been designated by Apple under the Protective Order; and "Exhibits 23 and 24 are confidential, internal financial documents produced by Apple that show its sale of the accused products." (*Id.*)  In its Supplemental Brief, Apple corroborates Smith Interface's designations and states that the identified portions of Smith Interface's Motion and Exhibits 1–7, 14–21, 23–24, and 71–73 "each contain reference to confidential technical information contained in Apple's source code, and confidential technical information created during the research, development, and/or engineering phase of Apple's product development process." (Suppl. Brief at 3.)

Upon a close review of the proposed redactions, the Court concludes that Smith Interface has demonstrated compelling reasons to file under seal limited portions of its Motion and Exhibits 1–7, 14–21, 23–24, and 71–73 in their entirety. *See, e.g.*, *Orthopaedic Hosp. v. Encore Med., L.P*, No. 19-CV-970-JLS (AHG), 2021 WL 1966121, at *2–3 (S.D. Cal. Apr. 12, 2021) (finding the threat of competitive harm from disclosure of documents containing proprietary, trade secret, and technical information specific to the party's technology at issue and confidential business practices outweighs the public's right of access because of the risk of competitive harm to that party if such information was publicly disclosed.)  The Court therefore **GRANTS** Smith Interface's Motion to Seal (ECF

/ / /

/ / /

/ / /

/ / /

21-CV-812 TWR (JLB)

No. 308), and the Clerk of Court **SHALL FILE UNDER SEAL** the documents previously lodged under seal at ECF No. 242.

    **IT IS SO ORDERED.**

Dated:  April 3, 2026

_____
Honorable Todd W. Robinson
United States District Judge

21-CV-812 TWR (JLB)